| | |
|---|---|
| 1 | STEVEN T. GUBNER - Bar No. 156593 |
| 2 | JOSEPH G. BALICE - Bar No. 245509 |
| | BRUTZKUS GUBNER |
| 3 | 21650 Oxnard Street, Suite 500 |
| 4 | Woodland Hills, CA 91367 |
| | Telephone: (818) 827-9000 |
| 5 | Facsimile: (818) 827-9099 |
| 6 | Email: sgubner@bg.law |
| 7 | jbalice@bg.law |
| 8 | MICHAEL MUSHKIN *(Pro Hac Vice Application Pending)* |
| 9 | MUSHKIN & COPPEDGE |
| | 6070 South Eastern Avenue, Suite 270 |
| 10 | Las Vegas, NV 89119 |
| 11 | Telephone: (702) 454-3333 |
| | Facsimile: (702) 386-4979 |
| 12 | Email: michael@mccnvlaw.com |
| 13 | |
| 14 | Attorneys for Defendant |
| | BT Supplies West, Inc. |
| 15 | |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 18 | Virgin Scent, Inc. dba Art Naturals, a California corporation, | Case No.: 2:21-cv-00184-DMG-AS |
| 19 | | |
| 20 | Plaintiff, | Honorable Dolly M. Gee |
| 21 | v. | **DEFENDANT BT SUPPLIES WEST, INC.'S ANSWER TO COMPLAINT** |
| 22 | BT Supplies West, Inc., a Nevada corporation; Steven Odzer, an individual; Lifeguard Licensing Corp., a Delaware corporation; Rubin Azrak, an individual; Michael Steinhardt, an individual; Sammy Cohen, an individual; Lori Kaufman, an individual; and DOES 1 to 10, inclusive, | |
| 23 | | |
| 24 | | **DEMAND FOR JURY TRIAL** |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | Defendants. | |

Page 1 of 11

# DEFENDANT BT SUPPLIES WEST, INC.'S ANSWER TO COMPLAINT

Defendant, BT Supplies West, Inc., a Nevada corporation, by and through their attorney Michael R. Mushkin, of the law firm of Mushkin & Coppedge, for their Answer to Plaintiff's Complaint hereby admits, denies, and affirmatively alleges as follows:

## PARTIES

1. In answering Paragraph 1 of the Complaint, Defendant admits the allegations contained therein.

2. In answering Paragraph 2 of the Complaint, Defendant admits the allegations contained therein.

3. In answering Paragraph 3 of the Complaint, Defendant admits the allegations contained therein.

4. In answering Paragraph 4 of the Complaint, Defendant admits the allegations contained therein.

5. In answering Paragraph 5 of the Complaint, Defendant admits the allegations contained therein.

6. In answering Paragraph 6 of the Complaint, Defendant denies the allegations contained therein.

7. In answering Paragraph 7 of the Complaint, Defendant denies the allegations contained therein.

8. In answering Paragraph 8 of the Complaint, Defendant denies the allegations contained therein.

9. In answering Paragraph 9 of the Complaint, no response is required. To the extent a response is required, Defendant denies the same.

10. In answering Paragraph 10 of the Complaint, no response is required. To the extent a response is required, Defendant denies the same.

## JURISDICTION AND VENUE

11. In answering Paragraph 11 of the Complaint, Defendant denies the allegations contained therein.

12. In answering Paragraph 12 of the Complaint, Defendant denies the allegations contained therein.

## GENERAL ALLEGATIONS

13. In answering Paragraph 13 of the Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations and therefore deny the allegations contained therein.

14. In answering Paragraph 14 of the Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations and therefore deny the allegations contained therein.

15. In answering Paragraph 15 of the Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations and therefore deny the allegations contained therein.

16. In answering Paragraph 16 of the Complaint, Defendant denies the allegations contained therein.

**The Hand Sanitizer Order**

17. In answering Paragraph 17 of the Complaint, Defendant admits that a purchase order was submitted and denies the remainder of the allegations contained therein.

18. In answering Paragraph 18 of the Complaint, Defendant denies the allegations contained therein.

19. In answering Paragraph 19 of the Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations and therefore deny the allegations contained therein.

20. In answering Paragraph 20 of the Complaint, Defendant is without

knowledge sufficient to form a belief as to the truth of the allegations and therefore deny the allegations contained therein.

21. In answering Paragraph 21 of the Complaint, Defendant admits that it received hand sanitizer from Art Naturals and denies the remainder of the allegations contained therein.

22. In answering Paragraph 22 of the Complaint, Defendant admits that it received hand sanitizer from Art Naturals and denies the remainder of the allegations contained therein.

23. In answering Paragraph 23 of the Complaint, Defendant denies the allegations contained therein.

24. In answering Paragraph 24 of the Complaint, Defendant denies the allegations contained therein.

25. In answering Paragraph 25 of the Complaint, Defendant denies the allegations contained therein.

26. In answering Paragraph 26 of the Complaint, Defendant denies the allegations contained therein.

27. In answering Paragraph 27 of the Complaint, Defendant denies the allegations contained therein.

28. In answering Paragraph 28 of the Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations and therefore deny the allegations contained therein.

29. In answering Paragraph 29 of the Complaint, Defendant denies the allegations contained therein.

30. In answering Paragraph 30 of the Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations and therefore deny the allegations contained therein.

31. In answering Paragraph 31 of the Complaint, Defendant denies the allegations contained therein.

32. In answering Paragraph 32 of the Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations and therefore deny the allegations contained therein.

**The 3-Ply Disposable Mask Order**

33. In answering Paragraph 33 of the Complaint, Defendant admits the allegations contained therein.

34. In answering Paragraph 34 of the Complaint, Defendant admits the allegations contained therein.

35. In answering Paragraph 35 of the Complaint, Defendant admits the allegations contained therein.

36. In answering Paragraph 36 of the Complaint, Defendant denies the allegations contained therein.

37. In answering Paragraph 37 of the Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations and therefore deny the allegations contained therein.

38. In answering Paragraph 38 of the Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations and therefore deny the allegations contained therein.

39. In answering Paragraph 39 of the Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations and therefore deny the allegations contained therein.

40. In answering Paragraph 40 of the Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations and therefore deny the allegations contained therein.

41. In answering Paragraph 41 of the Complaint, Defendant denies the allegations contained therein.

42. In answering Paragraph 42 of the Complaint, Defendant denies the allegations contained therein.

43. In answering Paragraph 43 of the Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations and therefore deny the allegations contained therein.

44. In answering Paragraph 44 of the Complaint, Defendant denies the allegations contained therein.

45. In answering Paragraph 45 of the Complaint, the allegations are unclear and therefore Defendant denies the allegations contained therein.

46. In answering Paragraph 46 of the Complaint, Defendant denies the allegations contained therein.

47. In answering Paragraph 47 of the Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations and therefore deny the allegations contained therein.

**FIRST CAUSE OF ACTION**

(Breach of Written Contract)

(By Art Naturals Against BT, Odzer, and Does 1 to 10)

48. In answering Paragraph 48 of the Complaint, Defendant repeats and realleges all answers as though fully set forth herein.

49. In answering Paragraph 49 of the Complaint, Defendant denies the allegations contained herein.

50. In answering Paragraph 50 of the Complaint, Defendant denies the allegations contained herein.

51. In answering Paragraph 51 of the Complaint, Defendant denies the allegations contained herein.

52. In answering Paragraph 52 of the Complaint, Defendant denies the allegations contained herein.

///

///

///

## SECOND CAUSE OF ACTION

(Breach of Oral Contract)

(By Art Naturals Against BT, Odzer, and Does 1 to 10)

53. In answering Paragraph 53 of the Complaint, Defendant repeats and realleges all answers as though fully set forth herein.

54. In answering Paragraph 54 of the Complaint, Defendant denies the allegations contained therein.

55. In answering Paragraph 55 of the Complaint, Defendant denies the allegations contained therein.

56. In answering Paragraph 56 of the Complaint, Defendant denies the allegations contained therein.

57. In answering Paragraph 57 of the Complaint, Defendant denies the allegations contained therein.

## THIRD CAUSE OF ACTION

(False Promise)

(By Art Naturals Against BT, Odzer, and Does 1 to 10)

58. In answering Paragraph 58 of the Complaint, Defendant repeats and realleges all answers as though fully set forth herein.

59. In answering Paragraph 59 of the Complaint, Defendant denies the allegations contained therein.

60. In answering Paragraph 60 of the Complaint, Defendant denies the allegations contained therein.

61. In answering Paragraph 61 of the Complaint, Defendant is without knowledge sufficient to form a belief as to the truth of the allegations and therefore denies the allegations contained therein.

62. In answering Paragraph 62 of the Complaint, Defendant denies the allegations contained therein.

63. In answering Paragraph 63 of the Complaint, Defendant denies the

1 | allegations contained therein.

2 |     64.    In answering Paragraph 64 of the Complaint, Defendant denies the
3 | allegations contained therein.

4 |     65.    In answering Paragraph 65 of the Complaint, Defendant denies the
5 | allegations contained therein.

6 |     66.    In answering Paragraph 66 of the Complaint, Defendant denies the
7 | allegations contained therein.

## FOURTH CAUSE OF ACTION

(Conspiracy)

(By Art Naturals Against All Defendants)

    67.    In answering Paragraph 67 of the Complaint, Defendant repeats and realleges all answers as though fully set forth herein.

    68.    In answering Paragraph 66 of the Complaint, Defendant denies the allegations contained therein.

    69.    In answering Paragraph 66 of the Complaint, Defendant denies the allegations contained therein.

    70.    In answering Paragraph 66 of the Complaint, Defendant denies the allegations contained therein.

    71.    In answering Paragraph 66 of the Complaint, Defendant denies the allegations contained therein.

## AFFIRMATIVE DEFENSES

    1.    Defendant denies each and every allegation contained in the Complaint not otherwise specifically admitted or denied herein.

    2.    Plaintiff has failed to state a claim against Defendant upon which relief may be granted.

    3.    Plaintiff's claims are barred as Plaintiff failed to plead fraud with particularity.

    4.    Plaintiff's claims are barred as the grant of relief would unjustly enrich

Plaintiff.

5. Defendant's actions upon which Plaintiff's Complaint is based were reasonable, justified, undertaken in good faith, and lawful.

6. Plaintiff's claims against Defendant are barred as a matter of law as Plaintiff's Complaint makes numerous blatantly false claims.

7. Plaintiff has failed to mitigate its damages.

8. Plaintiff's claims are barred by the doctrine of laches.

9. Plaintiff's claims are barred by the doctrine of unclean hands.

10. Plaintiff is estopped from asserting the claims set forth in the Complaint because of improper conduct, acts, or omissions.

11. Plaintiff's claims are barred because Plaintiff did not suffer any damages and, to the extent Plaintiff has suffered any losses, they are speculative and vague.

12. Defendant has incurred attorneys' fees and costs in the defense of this action and is entitled to full reimbursement thereof.

13. Defendant hereby incorporates those affirmative defenses enumerated in FRCP 8 as if fully set forth herein. Such defenses are herein incorporated by reference for the specific purpose of not waiving any such defense. In the event further investigation or discovery reveals the applicability of any such defenses, Defendants reserve the right to seek leave of the Court to amend this Answer to the Complaint and to specifically assert any such defense. Such defenses are herein incorporated by reference for the specific purpose of not waiving any such defense.

///
///
///
///
///
///

WHEREFORE, Defendants/Counterclaimants pray for Judgment as follows:

1) That Plaintiff takes nothing by this action and that same be dismissed with prejudice;

2) For attorney's fees and costs incurred herein; and

3) For such and further relief as the Court may deem fit and proper.

DATED this 15th day of January, 2021.

                                          BRUTZKUS GUBNER

                                          By: _____
                                          Steven T. Gubner
                                          Joseph G. Balice
                                          Attorneys for Defendant
                                          BT Supplies West, Inc.

**DEMAND FO JURY TRIAL**

Defendant BT Supplies West, Inc demands a jury trial of all issues triable to a jury.

DATED this 15th day of January, 2021.

                          BRUTZKUS GUBNER

By: _____
      Steven T. Gubner
      Joseph G. Balice
      Attorneys for Defendant
      BT Supplies West, Inc.