Aryeh Kaufman, Esq. (SBN 289745)
**LAW OFFICE OF ARYEH KAUFMAN**
5482 Wilshire Boulevard, #1907
Los Angeles, CA 90036
Tel:  (323) 943-2566
Fax:  (213) 402-8598
Email:  aryeh@akaufmanlegal.com

*Attorney for Plaintiff,*
**VIRGIN SCENT, INC. dba ART NATURALS**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| **VIRGIN SCENT, INC. dba ART NATURALS**, a California corporation,<br><br>Plaintiff,<br><br>v<br><br>**BT SUPPLIES WEST, INC.,** a Nevada corporation; **STEVEN ODZER**, an individual; **LIFEGUARD LICENSING CORP.**, a Delaware corporation; **RUBEN AZRAK**, an individual; **MICHAEL STIENHARDT**, an individual; **SAMMY COHEN**, an individual, **LORI KAUFMAN**, an individual; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00184-DMG-AS<br><br>**DECLARATION OF ARYEH KAUFMAN, ESQ. IN RESPONSE TO ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION [D.E. 17]**<br><br>Judge:   Hon. Dolly M. Gee<br>Ctrm:    8C<br>Date:     April 30, 2021<br><br>Action Filed: November 23, 2020<br>Trial Date:    February 22, 2022 |

1

DECLARATION OF ARYEH KAUFMAN, ESQ. IN RESPONSE TO ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION

I, Aryeh Kaufman, Esq., declare:

1. I am an attorney in the Law Office of Aryeh Kaufman, and I am the counsel of record for Plaintiff Virgin Scent, Inc. dba Art Naturals in the above-captioned matter. I personally know the matters set forth in this declaration and, if asked, could competently testify thereto.

2. Plaintiff has now filed Notices of Acknowledgement for all Defendants other than Defendants Michael Steinhardt and Lori Kaufman (Defendant BT Supplies, Inc. was previously served and is not part of the Court's OSC [D.E. 17]).

3. Plaintiff has attempted to identify these two defendants for purposes of serving them, however, due to having similar names to numerous others in the state of New York, Plaintiff has not been able to effectuate service on these Defendants.

4. Plaintiff intends to obtain discovery on this issue from Defendant BT Supplies, Inc., however, that might take multiple weeks.

5. Plaintiff requests that if the Court dismisses these two defendants without prejudice, that the Court also continues the date to amend the pleadings.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Dated this 30th day of April, 2021, at Los Angeles, California

Law Office of Aryeh Kaufman

By: /s/ *Aryeh Kaufman*
Aryeh Kaufman
Attorney for Plaintiff,
VIRGIN SCENT, INC DBA ART NATURALS

DECLARATION OF ARYEH KAUFMAN, ESQ. IN RESPONSE TO ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION