STEVEN T. GUBNER - Bar No. 156593
JOSEPH G. BALICE - Bar No. 245509
BRUTZKUS GUBNER
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email:  sgubner@bg.law
        jbalice@bg.law

MICHAEL MUSHKIN *(Pro Hac Vice)*
MUSHKIN & COPPEDGE
6070 South Eastern Avenue, Suite 270
Las Vegas, NV 89119
Telephone: (702) 454-3333
Facsimile: (702) 386-4979
Email:  michael@mccnvlaw.com

Attorneys for Defendants/Counterclaimant
*BT Supplies West, Inc., Lifegaurd Licensing Corp.,
Steven Odzer, Rubin Azrak, and Sammy Cohen*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIN SCENT, INC. dba ART NATURALS, a California corporation,<br><br>    Plaintiff,<br>v.<br><br>BT SUPPLIES WEST, INC., a Nevada corporation; STEVEN ODZER, an individual; LIFEGUARD LICENSING CORP., a Delaware corporation; RUBIN AZRAK, an individual; MICHAEL STEINHARDT, an individual; | Case No.: 2:21-cv-00184-DMG-AS<br><br>Honorable Dolly M. Gee<br><br>**DEFENDANTS LIFEGUARD LICENSING CORP., STEVEN ODZER, RUBIN AZRAK, AND SAMMY COHEN'S ANSWER TO COMPLAINT AND BT SUPPLIES WEST, INC.'S COUNTERCLAIM**<br><br>**DEMAND FOR JURY TRIAL** |

|   |   |
|---|---|
| 1 | SAMMY COHEN, an individual; |
| 2 | LORI KAUFMAN, an individual; and DOES 1 to 10, inclusive, |
| 3 |   |
| 4 | Defendants. |
| 5 |   |
| 6 |   |
| 7 |   |
| 8 | BT SUPPLIES WEST, INC., a NEVADA Corporation; |
| 9 |   |
| 10 | Counterclaimant, |
| 11 | v. |
| 12 |   |
| 13 | VIRGIN SCENT, INC. dba ART NATURALS, a California corporation; DOE DEFENDANTS 1 through 10; and ROE DOE DEFENDANTS 1 through 10. |
| 14 |   |
| 15 |   |
| 16 |   |
| 17 | Counterdefendants. |

**DEFENDANTS LIFEGUARD LICENSING CORP., STEVEN ODZER, RUBIN AZRAK, AND SAMMY COHEN'S ANSWER TO COMPLAINT AND BT SUPPLIES WEST, INC.'S COUNTERCLAIM**

Defendants, Lifeguard Licensing Corp., Steven Odzer, Rubin Azrak, and Sammy Cohen, by and through their attorney, Michael R. Mushkin, of the law firm of Mushkin & Coppedge, for their Answer to Plaintiff's Complaint hereby admits, denies, and affirmatively alleges as follows:

## PARTIES

1. In answering Paragraph 1 of the Complaint, Defendants admit the allegations contained therein.

2. In answering Paragraph 2 of the Complaint, Defendants admit the allegations contained therein.

3. In answering Paragraph 3 of the Complaint, Defendants admit the allegations contained therein.

4. In answering Paragraph 4 of the Complaint, Defendants admit the allegations contained therein.

5. In answering Paragraph 5 of the Complaint, Defendants admit the allegations contained therein.

6. In answering Paragraph 6 of the Complaint, Defendants deny the allegations contained therein.

7. In answering Paragraph 7 of the Complaint, Defendants deny the allegations contained therein.

8. In answering Paragraph 8 of the Complaint, Defendants deny the allegations contained therein.

9. In answering Paragraph 9 of the Complaint, no response is required. To the extent a response is required, Defendants deny the same.

10. In answering Paragraph 10 of the Complaint, no response is required. To the extent a response is required, Defendants deny the same.

## JURISDICTION AND VENUE

11. In answering Paragraph 11 of the Complaint, Defendants deny the allegations contained therein.

12. In answering Paragraph 12 of the Complaint, Defendants deny the allegations contained therein.

## GENERAL ALLEGATIONS

13. In answering Paragraph 13 of the Complaint, Defendants are without knowledge sufficient to form a belief as to the truth of the allegations and therefore deny the allegations contained therein.

14. In answering Paragraph 14 of the Complaint, Defendants are without knowledge sufficient to form a belief as to the truth of the allegations and therefore deny the allegations contained therein.

15. In answering Paragraph 15 of the Complaint, Defendants are without knowledge sufficient to form a belief as to the truth of the allegations and therefore deny the allegations contained therein.

16. In answering Paragraph 16 of the Complaint, Defendants deny the allegations contained therein.

**The Hand Sanitizer Order**

17. In answering Paragraph 17 of the Complaint, Defendants admit that a purchase order was submitted and denies the remainder of the allegations contained therein.

18. In answering Paragraph 18 of the Complaint, Defendants deny the allegations contained therein.

19. In answering Paragraph 19 of the Complaint, Defendants are without knowledge sufficient to form a belief as to the truth of the allegations and therefore deny the allegations contained therein.

20. In answering Paragraph 20 of the Complaint, Defendants are without knowledge sufficient to form a belief as to the truth of the allegations and therefore deny the allegations contained therein.

21. In answering Paragraph 21 of the Complaint, Defendants admit that it received hand sanitizer from Art Naturals and denies the remainder of the allegations contained therein.

22. In answering Paragraph 22 of the Complaint, Defendants admit that it received hand sanitizer from Art Naturals and denies the remainder of the allegations contained therein.

23. In answering Paragraph 23 of the Complaint, Defendants deny the allegations contained therein.

24.  In answering Paragraph 24 of the Complaint, Defendants deny the allegations contained therein.

25.  In answering Paragraph 25 of the Complaint, Defendants deny the allegations contained therein.

26.  In answering Paragraph 26 of the Complaint, Defendants deny the allegations contained therein.

27.  In answering Paragraph 27 of the Complaint, Defendants deny the allegations contained therein.

28.  In answering Paragraph 28 of the Complaint, Defendants are without knowledge sufficient to form a belief as to the truth of the allegations and therefore deny the allegations contained therein.

29.  In answering Paragraph 29 of the Complaint, Defendants deny the allegations contained therein.

30.  In answering Paragraph 30 of the Complaint, Defendants are without knowledge sufficient to form a belief as to the truth of the allegations and therefore deny the allegations contained therein.

31.  In answering Paragraph 31 of the Complaint, Defendants deny the allegations contained therein.

32.  In answering Paragraph 32 of the Complaint, Defendants are without knowledge sufficient to form a belief as to the truth of the allegations and therefore deny the allegations contained therein.

**The 3-Ply Disposable Mask Order**

33.  In answering Paragraph 33 of the Complaint, Defendants admit the allegations contained therein.

34.  In answering Paragraph 34 of the Complaint, Defendants admit the allegations contained therein.

35.  In answering Paragraph 35 of the Complaint, Defendants admit the allegations contained therein.

36. In answering Paragraph 36 of the Complaint, Defendants deny the allegations contained therein.

37. In answering Paragraph 37 of the Complaint, Defendants are without knowledge sufficient to form a belief as to the truth of the allegations and therefore deny the allegations contained therein.

38. In answering Paragraph 38 of the Complaint, Defendants are without knowledge sufficient to form a belief as to the truth of the allegations and therefore deny the allegations contained therein.

39. In answering Paragraph 39 of the Complaint, Defendants are without knowledge sufficient to form a belief as to the truth of the allegations and therefore deny the allegations contained therein.

40. In answering Paragraph 40 of the Complaint, Defendants are without knowledge sufficient to form a belief as to the truth of the allegations and therefore deny the allegations contained therein.

41. In answering Paragraph 41 of the Complaint, Defendants deny the allegations contained therein.

42. In answering Paragraph 42 of the Complaint, Defendants deny the allegations contained therein.

43. In answering Paragraph 43 of the Complaint, Defendants are without knowledge sufficient to form a belief as to the truth of the allegations and therefore deny the allegations contained therein.

44. In answering Paragraph 44 of the Complaint, Defendants deny the allegations contained therein.

45. In answering Paragraph 45 of the Complaint, the allegations are unclear and therefore Defendants deny the allegations contained therein.

46. In answering Paragraph 46 of the Complaint, Defendants deny the allegations contained therein.

47. In answering Paragraph 47 of the Complaint, Defendants are without knowledge sufficient to form a belief as to the truth of the allegations and therefore deny the allegations contained therein.

## FIRST CAUSE OF ACTION

(Breach of Written Contract)

(By Art Naturals Against BT, Odzer, and Does 1 to 10)

48. In answering Paragraph 48 of the Complaint, Defendants repeat and reallege all answers as though fully set forth herein.

49. In answering Paragraph 49 of the Complaint, Defendants deny the allegations contained herein.

50. In answering Paragraph 50 of the Complaint, Defendants deny the allegations contained herein.

51. In answering Paragraph 51 of the Complaint, Defendants deny the allegations contained herein.

52. In answering Paragraph 52 of the Complaint, Defendants deny the allegations contained herein.

## SECOND CAUSE OF ACTION

(Breach of Oral Contract)

(By Art Naturals Against BT, Odzer, and Does 1 to 10)

53. In answering Paragraph 53 of the Complaint, Defendants repeat and reallege all answers as though fully set forth herein.

54. In answering Paragraph 54 of the Complaint, Defendants deny the allegations contained therein.

55. In answering Paragraph 55 of the Complaint, Defendants deny the allegations contained therein.

56. In answering Paragraph 56 of the Complaint, Defendants deny the allegations contained therein.

57. In answering Paragraph 57 of the Complaint, Defendants deny the allegations contained therein.

## THIRD CAUSE OF ACTION

(False Promise)

(By Art Naturals Against BT, Odzer, and Does 1 to 10)

58. In answering Paragraph 58 of the Complaint, Defendants repeat and reallege all answers as though fully set forth herein.

59. In answering Paragraph 59 of the Complaint, Defendants deny the allegations contained therein.

60. In answering Paragraph 60 of the Complaint, Defendants deny the allegations contained therein.

61. In answering Paragraph 61 of the Complaint, Defendants are without knowledge sufficient to form a belief as to the truth of the allegations and therefore denies the allegations contained therein.

62. In answering Paragraph 62 of the Complaint, Defendants deny the allegations contained therein.

63. In answering Paragraph 63 of the Complaint, Defendants deny the allegations contained therein.

64. In answering Paragraph 64 of the Complaint, Defendants deny the allegations contained therein.

65. In answering Paragraph 65 of the Complaint, Defendants deny the allegations contained therein.

66. In answering Paragraph 66 of the Complaint, Defendants deny the allegations contained therein.

///

///

///

///

# FOURTH CAUSE OF ACTION

(Conspiracy)

(By Art Naturals Against All Defendants)

67. In answering Paragraph 67 of the Complaint, Defendants repeat and reallege all answers as though fully set forth herein.

68. In answering Paragraph 66 of the Complaint, Defendants deny the allegations contained therein.

69. In answering Paragraph 66 of the Complaint, Defendants deny the allegations contained therein.

70. In answering Paragraph 66 of the Complaint, Defendants deny the allegations contained therein.

71. In answering Paragraph 66 of the Complaint, Defendants deny the allegations contained therein.

## AFFIRMATIVE DEFENSES

1. Defendants deny each and every allegation contained in the Complaint not otherwise specifically admitted or denied herein.

2. Plaintiff has failed to state a claim against Defendants upon which relief may be granted.

3. Plaintiff's claims are barred as Plaintiff failed to plead fraud with particularity.

4. Plaintiff's claims are barred as the grant of relief would unjustly enrich Plaintiff.

5. Defendants' actions upon which Plaintiff's Complaint is based were reasonable, justified, undertaken in good faith, and lawful.

6. Plaintiff's claims against Defendants are barred as a matter of law as Plaintiff's Complaint makes numerous blatantly false claims.

7. Plaintiff has failed to mitigate its damages.

8. Plaintiff's claims are barred by the doctrine of laches.

9. Plaintiff's claims are barred by the doctrine of unclean hands.

10. Plaintiff is estopped from asserting the claims set forth in the Complaint because of improper conduct, acts, or omissions.

11. Plaintiff's claims are barred because Plaintiff did not suffer any damages and, to the extent Plaintiff has suffered any losses, they are speculative and vague.

12. Defendants have incurred attorneys' fees and costs in the defense of this action and are entitled to full reimbursement thereof.

13. Defendants hereby incorporates those affirmative defenses enumerated in FRCP 8 as if fully set forth herein. Such defenses are herein incorporated by reference for the specific purpose of not waiving any such defense. In the event further investigation or discovery reveals the applicability of any such defenses, Defendants reserve the right to seek leave of the Court to amend this Answer to the Complaint and to specifically assert any such defense. Such defenses are herein incorporated by reference for the specific purpose of not waiving any such defense.

WHEREFORE, Defendants pray for Judgment as follows:

1) That Plaintiff takes nothing by this action and that same be dismissed with prejudice;

2) For attorney's fees and costs incurred herein; and

3) For such and further relief as the Court may deem fit and proper.

DATED this 18th day of May, 2021.

BRUTZKUS GUBNER

_____
STEVEN T. GUBNER - Bar No. 156593
JOSEPH G. BALICE - Bar No. 245509
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367

## COUNTERCLAIMANT BT SUPPLIES WEST, INC.'S COUNTERCLAIM AGAINST PLAINTIFF

Counterclaimant, BT Supplies West, Inc., allege as follows:

### JURISDICTION AND VENUE

1. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 as there is complete diversity of citizenship between the parties and the amount in controversy exceeds the minimum amount pursuant to 28 USC § 1332(b).

2. Venue is proper pursuant to 28 USC § 1391(b)(2).

### PARTIES

3. Counterclaimant, BT Supplies West, Inc. ("BT" or "Counterclaimant"), is a Nevada corporation with its principal place of business in Clark County, Las Vegas, Nevada.

4. Counterdefendant Virgin Scent, Inc. dba Art Naturals ("Art Naturals" or "Counterdefendant") is a California corporation, with its principal place of business in Los Angeles County, California.

5. Upon information and belief, Doe Defendants 1 through 10 are individuals unknown to Plaintiff may be liable for damages with the named Defendant on the allegations set forth in this Complaint. The Doe Defendants include individuals who conspired with Defendants to cause harm to Plaintiff. Plaintiff will seek leave to amend this Complaint to reflect the true names and identities of the Doe Defendants when known.

6. Upon information and belief, Roe Defendants 11 through 20 are entities unknown to Plaintiff which may be liable for damages with the named Defendant on the allegations set forth in this Complaint. The Roe Defendants include the parent, subsidiary and/or affiliated companies of Defendant, the identities of which are presently unknown to Plaintiff, which may be liable for the actions complained of herein. Plaintiff will seek leave to amend this Complaint to

reflect the true names and identities of the Roe Defendants when known.

**FACTUAL ALLEGATIONS RELATED TO ALL CLAIMS**

7. Counterclaimant repeats and realleges each and every allegation set forth in paragraphs 1 through 6 of the Counterclaim and incorporates the same by reference as though fully set forth herein.

8. BT is a supplier of products including but not limited to: paper goods, food service packaging; janitorial supplies; office furniture, maintenance and breakroom necessities; technology applications; and cleaning chemicals and supplies.

9. Counterdefendant is a beauty product and skin care product supplier that began selling hand sanitizers and face masks in March of 2020.

10. Counterdefendant made representations both orally and written that all products shipped to Counterclaimant would be made in the United States of America.

11. Counterdefendant held a meeting at their production facility and advised Counterclaimant's representative that they were behind with production but that Counterdefen-dant's products would be manufactured at that facility.

12. The representations of Counterdefendant were intentionally false and misleading.

13. Counterclaimant relied upon the false representations of Counterdefendant.

**FIRST CAUSE OF ACTION**

**Breach of Contract**

14. Counterclaimant repeats and realleges each and every allegation set forth in paragraphs 1 through 13 of the Counterclaim and incorporates the same by reference as though fully set forth herein.

15. Counterclaimant and Counterdefendant entered into Agreement wherein Counterdefendant agreed, among other things, that they would provide

products made in the United States of America.

16. Counterclaimant fully performed all obligations under the agreement, or said performance has been waived, suspended, or excused.

17. Counterdefendant breached its obligations under the Agreements, by failing to provide products made in the United States of America.

18. Counterdefendant's breaches of the Agreement were not waived, suspended, or otherwise excused.

19. As a direct and proximate result of the wrongful conduct of Counterdefendant, Counterclaimant suffered damages in an amount more than $15,000.00.

20. Counterclaimant is entitled to recover its reasonable attorney's fees and costs of this action.

## SECOND CAUSE OF ACTION

### Breach of the Covenant of Good Faith and Fair Dealing

21. Counterclaimant repeats and realleges each and every allegation set forth in paragraphs 1 through 20 of the Counterclaim and incorporates the same by reference as though fully set forth herein.

22. It is well settled that every contract imposes upon the contracting parties the duty of good faith and fair dealing.

23. Art Natural owed Counterclaimant a duty of good faith and fair dealing.

24. Implied in the agreement is a covenant that Counterdefendant would provide products made in the United States of America.

25. Counterdefendant consciously did not provide USA made products to Counterclaimant.

26. Counterdefendant breached the duty of good faith and fair dealing when it performed in a manner that was unfaithful to the purpose of the agreement and to the justified expectations of Counterclaimant.

27. As a direct and proximate result of the wrongful conduct of Counterdefendant, Counterclaimant has suffered damages in an amount more than $15,000.00.

28. Counterclaimant is entitled to recover its reasonable attorney's fees and costs of this action.

### THIRD CAUSE OF ACTION

### Fraud in the Inducement

29. Counterclaimant repeats and realleges each and every allegation set forth in paragraphs 1 through 28 of the Counterclaim and incorporates the same by reference as though fully set forth herein.

30. As set forth above, Counterdefendant represented numerous times, both verbally and in writing, that the Hand Sanitizer and Disposable Masks would be made in the United States of America.

31. Counterdefendant's numerous representations were false in that the Hand Sanitizer and Disposable Masks were manufactured in China.

32. Counterclaimant justifiably relied upon the false information supplied by Counterdefendant and advertised to Counterclaimant's customers that the products were made in the United States of America.

33. In reliance upon Counterdefendant's false representations and as a direct and proximate result of Counterdefendant's wrongful conduct, Counterclaimant has suffered damages in an amount more than $15,000.00.

34. Counterdefendant's conduct was intentionally done to injure Counterclaimant with a willful and conscious disregard for Counterclaimant's rights, constituting oppression, fraud and/or malice.

35. Counterclaimant, in addition to compensatory damages, is entitled to recover all attorney's fees it has reasonably incurred and to recover punitive damages for the sake of example and by way of punishing Counterdefendant Art Natural to deter similar conduct in the future.

**PRAYER**

WHEREFORE, Counterclaimant requests that this Court enter judgment against Counterdefendant as follows:

1) That this Court award Counterclaimant damages against Counterdefendant in an amount more than $15,000;

2) That this Court award Counterclaimant its reasonable attorney's fees and costs;

3) That this Court award Counterclaimant punitive damages from Counterdefendant in an amount sufficient to punish Counterdefendant and to make an example of Counterdefendant to deter similar conduct in the future; and

4) That Counterclaimant be awarded such other and further relief as the Court may deem just and proper.

DATED this 18th day of May, 2021.

BRUTZKUS GUBNER

_____
STEVEN T. GUBNER - Bar No. 156593
JOSEPH G. BALICE - Bar No. 245509
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367

**DEMAND FO JURY TRIAL**

Defendants and Counterclaimant demand a jury trial of all issues triable to a jury.

DATED this 18th day of May, 2021.

                                            BRUTZKUS GUBNER

                                            _____
                                            STEVEN T. GUBNER - Bar No. 156593
                                            JOSEPH G. BALICE - Bar No. 245509
                                            21650 Oxnard Street, Suite 500
                                            Woodland Hills, CA 91367