| Case No. | **CV 21-184-DMG (ASx)** | Date | May 26, 2021 | |
|---|---|---|---|---|
| Title | *Virgin Scent, Inc. dba Art Naturals v. BT Supplies West, Inc.* | Page | 1 of 1 | |

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS—ORDER TO SHOW CAUSE WHY BT SUPPLIES WEST, INC.'S COUNTERCLAIM SHOULD NOT BE STRICKEN [25]**

On May 18, 2021, Defendants Lifeguard Licensing Corp., Steven Odzer, Rubin Azrak, and Sammy Cohen filed their Answer to Plaintiff Virgin Scent, Inc. dba Art Naturals' Complaint, along with Defendant BT Supplies West, Inc.'s Counterclaim against Art Naturals. [Doc. # 25.] But BT Supplies West had already filed its Answer months earlier, on January 15, 2021. [Doc. # 10.] Because BT Supplies West's Counterclaims for breach of contract, breach of the covenant of good faith and fair dealing, and fraud in the inducement appear to be compulsory counterclaims under Federal Rule of Civil Procedure 13(a), those claims must be stated in a pleading filed by *the pleader*—*i.e.*, BT Supplies West's Answer.  *See* Fed. R. Civ. P. 13(a).  Amending a pleading to assert a counterclaim requires leave of court under Rule 15, which was not sought or granted prior to the filing of the Counterclaim.  *See* Fed. R. Civ. P. 15.

Accordingly, BT Supplies West is **ORDERED TO SHOW CAUSE** why its Counterclaim should not be stricken for failure to satisfy Rules 13 and 15.  BT Supplies West shall file a written response to this Order no later than **June 4, 2021**.  The failure to provide a timely and satisfactory response will result in the Court striking the Counterclaim.

**IT IS SO ORDERED.**