1  STEVEN T. GUBNER - Bar No. 156593
   JOSEPH G. BALICE - Bar No. 245509
2  BRUTZKUS GUBNER
3  21650 Oxnard Street, Suite 500
   Woodland Hills, CA 91367
4  Telephone:    (818) 827-9000
   Facsimile:    (818) 827-9099
5  Email: sgubner@bg.law
6         jbalice@bg.law

7  MICHAEL MUSHKIN *(Pro Hac Vice)*
   MUSHKIN & COPPEDGE
8  6070 South Eastern Avenue, Suite 270
9  Las Vegas, NV 89119
   Telephone:    (702) 454-3333
10 Facsimile:    (702) 386-4979
   Email: michael@mccnvlaw.com
11

12 *Attorneys for Defendant*
   *BT Supplies West, Inc.*
13

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| Virgin Scent, Inc. dba Art Naturals, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>BT Supplies West, Inc., a Nevada corporation; Steven Odzer, an individual; Lifeguard Licensing Corp., a Delaware corporation; Rubin Azrak, an individual; Michael Steinhardt, an individual; Sammy Cohen, an individual; Lori Kaufman, an individual; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00184-DMG-AS<br><br>Judge Dolly M. Gee<br><br>**BT SUPPLIES WEST, INC.'S RESPONSE TO ORDER TO SHOW CAUSE WHY BT SUPPLIES WEST, INC.'S COUNTERCLAIM SHOULD NOT BE STRICKEN** |
|---|---|

Defendant, BT Supplies West, Inc. ("BT"), by and through its counsel of record, Michael R. Mushkin, of the law firm of Mushkin & Coppedge, hereby submits its Response to Order to Show Cause Why BT Supplies West, Inc.'s Counterclaim Should Not Be Stricken (Dkt. 27).

This Response is based on the following Memorandum of Points and Authorities.

**MEMORANDUM OF POINTS AND AUTHORITIES**

On January 15, 2021, BT filed their Answer to Complaint (Dkt. 10). On February 12, 2021, a Joint 26(f) Report (Dkt. 13) was filed. The Joint 26(f) Report states Plaintiff's Position as, "Plaintiff intends to amend its Complaint within the next 45 days. BT has agreed to stipulate to allow Plaintiff to amend its Complaint." See Joint 26(f) Report, 4:27-5:1. As Plaintiff did not amend its Complaint within 45 days, BT filed their Counterclaim with the next responsive pleading to the Complaint.

Based on the foregoing, it is respectfully requested that the Court not strike BT's Counterclaim. If the Court wishes for BT to seek leave to amend its Answer to Complaint to include its counterclaim, then BT will do so.

DATED this 3rd day of June, 2021.

        /s/ Joseph G. Balice
Steven T. Gubner - Bar No. 156593
Joseph G. Balice - Bar No. 245509
**Brutzkus Gubner**
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367

and

Michael R. Mushkin (pro hac vice)
**Mushkin & Coppedge**
6070 S. Eastern Ave. Ste. 270
Las Vegas, Nevada 89119