UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 21-184-DMG (ASx)** | Date | April 22, 2022 |
|---|---|---|---|
| Title | *Virgin Scent, Inc. dba Art Naturals v. BT Supplies West, Inc.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff(s)        Attorneys Present for Defendant(s)
None Present                   None Present

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY PLAINTIFF'S CLAIMS AGAINST DEFENDANTS LORI KAUFMAN AND MICHAEL STEINHARDT SHOULD NOT BE DISMISSED**

On April 30, 2021, Plaintiff filed a declaration stating that Plaintiff has been unable to effectuate service on Defendants Lori Kaufman and Michael Steinhardt. [Doc. # 22.] Plaintiff stated it intended to obtain discovery on this issue from Defendant BT Supplies, Inc.

Plaintiff has not filed proofs of service for Kaufman and Steinhardt and the time to do so has long passed. Plaintiff is therefore **ORDERED** to show cause why Plaintiff's claims against Kaufman and Steinhardt should not be dismissed without prejudice. Plaintiff shall file a response by no later than **May 6, 2022**. Failure to file a timely and satisfactory response will result in the dismissal of Plaintiff's claims against Kaufman and Steinhardt, without prejudice.

**IT IS SO ORDERED.**