UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 21-184-DMG (ASx) | Date | July 28, 2022 |
| Title | *Virgin Scent, Inc. v. BT Supplies West, Inc., et al.* | Page | 1 of 1 |

Present: The Honorable  DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR COUNSEL'S FAILURE TO COMPLY WITH COURT'S SCHEDULING AND CASE MANAGEMENT ORDER**

On March 11, 2021, the Court issued a Scheduling and Case Management Order ("CMO") that requires, among other things, the parties to file certain *joint* pretrial submissions. [Doc. # 15.] Apparently because the parties were unable to agree about any of the pretrial submissions, on July 26, 2022, the parties both filed unilateral submissions. [Doc. ## 136-141, 147-148.] Absent jointly submitted pretrial documents compliant with the CMO, this case is not trial ready.

Given the foregoing, the parties' counsel are hereby **ORDERED TO SHOW CAUSE** why they should not be sanctioned for their failure to timely cooperate in the filing of pretrial documents that were due on July 26, 2022. Plaintiff's counsel's recent appearance in the case is no excuse for failure to timely comply with this Court's CMO and the Local Rules or, at least, to seek leave of court for an extension of time. Counsel's written responses shall be filed by no later than **August 5, 2022.** The filing of *joint* pretrial documents compliant with the CMO by that date shall be deemed a satisfactory response.

**IT IS SO ORDERED**.