John Rushing (Cal. SBN #331273)
Ryan McCarl (Cal. SBN #302206)
Davit Avagyan (Cal. SBN #336350)
**Rushing McCarl LLP**
2219 Main St. No. 144
Santa Monica, CA 90405
T: (310) 896-5082
E: info@rushingmccarl.com

Aryeh Kaufman, Esq. (SBN 289745)
aryeh@akaufmanlegal.com
**LAW OFFICE OF ARYEH KAUFMAN**
5482 Wilshire Blvd, PMB 1907
Los Angeles, CA 90036
Tel: (323) 943-2566
Fax: (213) 402-8598

*Attorney for Plaintiff,*
**VIRGIN SCENT, INC. dba ART NATURALS**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| **VIRGIN SCENT, INC. dba ART NATURALS**, a California corporation,<br><br>Plaintiff,<br><br>v<br><br>**BT SUPPLIES WEST, INC.,** a Nevada corporation,<br><br>Defendant. | Case No.: 2:21-cv-00184-DMG-AS<br><br>**Plaintiff Virgin Scent, Inc.'s Response to Defendant BT Supplies, Inc.'s Notice re: Conflict with September 20 Trial Date and Proposal for Alternate dates (Dkt. No. 167)**<br><br>Courtroom:   8C, 8th Floor<br>Judge:          Honorable Dolly M. Gee<br><br>Action Filed: November 23, 2020<br>Trial Date:    September 20, 2022 |

1

On Friday, August 19, 2022, Defendant BT Supplies West, Inc. filed a "NOTICE OF AVAILABILITY" which included only two of the four potential dates discussed between the parties. See Exhibit "A." Virgin Scent's counsel asked BT Supplies' counsel why its filing failed to list the other two dates, but did not receive a response.

The other two dates that, to the best of Virgin Scent's knowledge, all counsel are available to start trial are September 13, 2022 and November 1, 2022.

Virgin Scent's counsel is also available on October 25, 2022 and in the following days, but Defendant BT Supplies West, Inc.'s lead counsel Mr. Hurteau will be out of the country at that time. However, Mr. Hurteau returns on October 28, 2022 and stated that he is available "from October 31 forward."

Virgin Scent, Inc. respectfully asks that the trial begin on the first date available for the Court.

PLAINTIFF VIRGIN SCENT, INC.'S RESPONSE TO DEFENDANT BT SUPPLIES, INC.'S NOTICE RE: CONFLICT WITH SEPTEMBER 20 TRIAL DATE AND PROPOSAL FOR ALTERNATE DATES

Dated: August 22, 2022

Respectfully submitted,

| | |
|---|---|
| John Mayfield Rushing | Ryan McCarl |
| (Cal. SBN 331273) | (Cal. SBN 302206) |

**RUSHING MCCARL LLP**
2219 Main St. No. 144 ǀ Santa Monica, CA 90405
T: (310) 896-5082 ǀ E: info@rushingmccarl.com

*and*

s/Aryeh Kaufman
Aryeh L. Kaufman, Esq. (Cal. SBN 289745)

**LAW OFFICE OF ARYEH KAUFMAN**
5482 Wilshire Blvd., PMB 1907 ǀ Los Angeles, CA 90036
T: (323) 943-2566 ǀ E: aryeh@akaufmanlegal.com

*Attorneys for Plaintiff Virgin Scent, Inc.
dba Art Naturals*