## RE: Trial and depo dates - Virgin Scent v. BT Supplies

**Scholl-Tatevosyan, Irene** <itatevosyan@nixonpeabody.com>                     Fri, Aug 19, 2022 at 9:31 AM
To: Ryan McCarl <ryan.mccarl@rushingmccarl.com>, "Hurteau, Daniel J." <DHurteau@nixonpeabody.com>
Cc: Davit Avagyan <davit.avagyan@rushingmccarl.com>, John Rushing <john.rushing@rushingmccarl.com>, Carol Risher <carol.risher@rushingmccarl.com>, "Assia, Jonathan" <jassia@nixonpeabody.com>, "Gamiz, Nick" <ngamiz@nixonpeabody.com>, Aryeh Kaufman <aryeh@akaufmanlegal.com>

Yes, we will be filing something today.

### Irene Scholl-Tatevosyan

**Senior Associate**

itatevosyan@nixonpeabody.com

T/ 213.629.6012   M/ 818.939.5506

---

**From:** Ryan McCarl <ryan.mccarl@rushingmccarl.com>
**Sent:** Friday, August 19, 2022 9:29 AM
**To:** Hurteau, Daniel J. <DHurteau@nixonpeabody.com>
**Cc:** Scholl-Tatevosyan, Irene <itatevosyan@nixonpeabody.com>; Davit Avagyan <davit.avagyan@rushingmccarl.com>; John Rushing <john.rushing@rushingmccarl.com>; Carol Risher <carol.risher@rushingmccarl.com>; Assia, Jonathan <jassia@nixonpeabody.com>; Gamiz, Nick <ngamiz@nixonpeabody.com>; Aryeh Kaufman <aryeh@akaufmanlegal.com>
**Subject:** Re: Trial and depo dates - Virgin Scent v. BT Supplies

Daniel and Irene,

We haven't seen anything get filed stating that the four dates I mentioned are available. Will you be filing something or contacting the Court this morning so we can start getting some certainty in our schedule?

Thank you,

Ryan

**Ryan McCarl**

Founding Partner, Rushing McCarl

T: 231.638.1201

E: ryan.mccarl@rushingmccarl.com

W: https://rushingmccarl.com

___

This message, including any attachments, may include privileged, confidential, or inside information. Any distribution or use of this communication by anyone other than the intended recipient may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

On Aug 18, 2022, at 17:59, Ryan McCarl <ryan.mccarl@rushingmccarl.com> wrote:

Well, I'm certainly jealous of that. In your filing, please Court know that we can make any of the following weeks work: 9/13, 10/31, 11/7, 11/14. The following week is Thanksgiving.

If the 9/13 date is selected, it will be imperative to find a deposition date for Mr. Odzer among the dates I proposed, if not slightly earlier.

Thank you,

Ryan

**Ryan McCarl**

Founding Partner, Rushing McCarl

T: 231.638.1201

E: ryan.mccarl@rushingmccarl.com

W: https://rushingmccarl.com

---

This message, including any attachments, may include privileged, confidential, or inside information. Any distribution or use of this communication by anyone other than the intended recipient may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

On Aug 18, 2022, at 17:39, Hurteau, Daniel J. <DHurteau@nixonpeabody.com> wrote:

Ryan:

I will be in Thailand from October 13 until the 28th. So, I am the obstacle. I am good from October 31 forward.

Dan



**Daniel J. Hurteau**

He/Him/His

**Partner**

dhurteau@nixonpeabody.com

T/ 518.427.2652   M/ 518.421.8226   F/ 866.947.0687

Nixon Peabody LLP
677 Broadway, 10th Floor, Albany, NY 12207-2996
nixonpeabody.com   @NixonPeabodyLLP

**Nixon Peabody *Pro Bono Champion***

This email message and any attachments are confidential and may be protected by the attorney/client or other applicable privileges. The information is intended to be conveyed only to the designated recipient(s) of the message. If you are not an intended recipient, please notify the sender immediately and delete the message from your email system. Unauthorized use, dissemination, distribution or reproduction of this message by other than the intended recipient is strictly prohibited and may be unlawful. Thank you.

**From:** Ryan McCarl <ryan.mccarl@rushingmccarl.com>
**Sent:** Thursday, August 18, 2022 8:17 PM
**To:** Scholl-Tatevosyan, Irene <itatevosyan@nixonpeabody.com>; Hurteau, Daniel J. <DHurteau@nixonpeabody.com>
**Cc:** Davit Avagyan <davit.avagyan@rushingmccarl.com>; John Rushing <john.rushing@rushingmccarl.com>; Carol Risher <carol.risher@rushingmccarl.com>; Assia, Jonathan <jassia@nixonpeabody.com>; Gamiz, Nick <ngamiz@nixonpeabody.com>; Aryeh Kaufman <aryeh@akaufmanlegal.com>
**Subject:** Re: Trial and depo dates - Virgin Scent v. BT Supplies

Irene,

What are the obstacles for the weeks of 9/24 and 9/31?

Also, I assume your firm is planning to notify the Court?

Thank you,

Ryan

# Ryan McCarl

Founding Partner, Rushing McCarl LLP

A: 929 McCarthy Ct., El Segundo, CA 90245

T: 310.896.5082

E: ryan.mccarl@rushingmccarl.com



This message, including any attachments, may include privileged, confidential, or inside information. Any distribution or use of this communication by anyone other than the intended recipient may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

**From:** "Scholl-Tatevosyan, Irene" <itatevosyan@nixonpeabody.com>
**Date:** Thursday, August 18, 2022 at 16:30
**To:** Ryan McCarl <ryan.mccarl@rushingmccarl.com>, Daniel Hurteau <DHurteau@nixonpeabody.com>
**Cc:** Davit Avagyan <davit.avagyan@rushingmccarl.com>, John Rushing <john.rushing@rushingmccarl.com>, Carol Risher <carol.risher@rushingmccarl.com>, "Assia, Jonathan" <jassia@nixonpeabody.com>, "Gamiz, Nick" <ngamiz@nixonpeabody.com>, Aryeh Kaufman <aryeh@akaufmanlegal.com>
**Subject:** RE: Trial and depo dates - Virgin Scent v. BT Supplies

Hi Ryan,

Dan had his conference with the judge in the other case this morning and was advised that case will move forward with trial on September 19 (a two week trial).  The September 20th date thus unfortunately does not work.  Given our schedules and the Jewish holidays in October, I think we are looking at a November trial date.  Please let me know if you would like to discuss pinning down a date in November and/or what works for you and your clients.

As for the deposition date, we will confer with Mr. Odzer and get back to you.

### Irene Scholl-Tatevosyan

**Senior Associate**

itatevosyan@nixonpeabody.com

T/ 213.629.6012   M/ 818.939.5506

---

**From:** Ryan McCarl <ryan.mccarl@rushingmccarl.com>
**Sent:** Wednesday, August 17, 2022 8:46 PM
**To:** Scholl-Tatevosyan, Irene <itatevosyan@nixonpeabody.com>; Hurteau, Daniel J. <DHurteau@nixonpeabody.com>
**Cc:** Davit Avagyan <davit.avagyan@rushingmccarl.com>; John Rushing <john.rushing@rushingmccarl.com>; Carol Risher <carol.risher@rushingmccarl.com>; Assia, Jonathan <jassia@nixonpeabody.com>; Gamiz, Nick <ngamiz@nixonpeabody.com>; Aryeh Kaufman <aryeh@akaufmanlegal.com>
**Subject:** Trial and depo dates - Virgin Scent v. BT Supplies

**[EXTERNAL E-MAIL]**
Be Aware of Links and Attachments

Daniel and Irene,

Have you been able to confirm whether the week of 9/20 will be available for the trial? If not, when do you expect to know? We have a deposition and hearing that week that we need to reschedule ASAP if the trial will move forward, but we would rather not make all those adjustments if the date will end up not working for trial.

Additionally, we would like to schedule an in-person videotaped deposition of Steven Odzer in Las Vegas. We propose any of the following dates: 8/29, 8/30, 9/5, 9/6.

Thank you,

— Ryan


# Ryan McCarl

Founding Partner, Rushing McCarl LLP

T: 310.896.5082

E: ryan.mccarl@rushingmccarl.com



This message, including any attachments, may include privileged, confidential, or inside information. Any distribution or use of this communication by anyone other than the intended recipient may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.