UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 21-184-DMG (ASx)** | Date | November 4, 2022 |
| Title | *Virgin Scent, Inc. dba Art Naturals v. BT Supplies West, Inc.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY PLAINTIFF'S MOTION FOR TERMINATING SANCTIONS SHOULD NOT BE GRANTED**

Before the Court is a motion for terminating sanctions filed by Plaintiff Virgin Scent, Inc., filed on October 20, 2022. [Doc. # 180.] In the motion, Virgin Scent asserts that the metadata of certain invoices produced in September 2022 by Defendant BT Supplies indicate that the invoices were created in September 2022, even though the invoices themselves show dates in 2020. Virgin Scent accuses BT Supplies of backdating the invoices, and BT Supplies does not respond to this accusation in its Opposition.

The Court **ORDERS** BT Supplies to show cause why terminating sanctions should not be imposed for falsifying evidence. BT Supplies shall file its response no later than November 7, 2022.

**IT IS SO ORDERED.**