JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Virgin Scent, Inc., | CASE NUMBER |
| :--- | :---: |
| PLAINTIFF, | CV 21-184-DMG (ASx) |
| v. | |
| BT Supplies West, Inc., | **JUDGMENT ON THE VERDICT** |
| DEFENDANT. | **FOR PLAINTIFF** |

    This action came on for jury trial, the Honorable Dolly M. Gee, District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

    IT IS ORDERED AND ADJUDGED that Plaintiff Virgin Scent, Inc. recover of Defendant BT Supplies West, Inc. the sum of $17,782,000; that Counterclaimant BT Supplies West, Inc. take nothing as against Counterdefendant Virgin Scent, Inc.; and that the action be dismissed on the merits in favor of Plaintiff/Counterdefendant Virgin Scent, Inc.

Clerk, U.S. District Court

Dated: November 16, 2022

By /s/ Kane Tien
      Deputy Clerk

cc: *Counsel of record*