**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIRGIN SCENT, INC., | CASE NUMBER: |
| PLAINTIFF(S) | CV 21-184-DMG (ASx) |
| v. | |
| BT SUPPLIES WEST, INC., et al., | **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCES IN FILED DOCUMENT** |
| DEFENDANT(S). | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| January 17, 2023 | 243 | Plaintiff's Certification of a Judgment |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

- [x] The document is stricken
- [ ] The hearing date has been rescheduled to _____ at _____.
- [ ] A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- [ ] Other:

Dated:    January 20, 2023

By: _____
Dolly M. Gee, U.S. District Judge