# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIN SCENT, INC., dba ART NATURALS, a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> BT SUPPLIES WEST, INC., a Nevada corporation, <br><br> Defendant. <br> ------------------------------------------------- <br> BT SUPPLIES WEST, INC., a Nevada corporation, <br><br> Counterclaimant, <br><br> v. <br><br> VIRGIN SCENT, INC., dba ART NATURALS, a California corporation, <br><br> Counterdefendant. | Case No. CV 21-184-DMG (ASx) <br><br> **AMENDED JUDGMENT** |

-1-

-2-

Pursuant to the Court's Order granting in part Defendant Virgin Scent, Inc.'s motion to amend the judgment [Doc. # 279],

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff Virgin Scent, Inc. recover of Defendant BT Supplies West, Inc. the sum of $17,620,000; that Counterclaimant BT Supplies West, Inc. take nothing as against Counterdefendant Virgin Scent, Inc.; and that the action be dismissed on the merits in favor of Plaintiff/Counterdefendant Virgin Scent, Inc.

**IT IS SO ORDERED.**

DATED:  May 16, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE