# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIN SCENT, INC., dba ART NATURALS, a California corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>BT SUPPLIES WEST, INC., a Nevada corporation,<br><br>   Defendant.<br>-------------------------------------------------<br>BT SUPPLIES WEST, INC., a Nevada corporation,<br><br>   Counterclaimant,<br><br>   v.<br><br>VIRGIN SCENT, INC., dba ART NATURALS, a California corporation,<br><br>   Counterdefendant. | Case No. CV 21-184-DMG (ASx)<br><br>**SECOND AMENDED JUDGMENT** |

-1-

-2-

1    Pursuant to the Court's Order, filed June 30, 2023, granting in part Plaintiff Virgin
2 Scent, Inc.'s motion to amend the judgment [Doc. # 282],
3    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff Virgin
4 Scent, Inc. recover of Defendant BT Supplies West, Inc. the sum of $17,620,000; that
5 Counterclaimant BT Supplies West, Inc. take nothing as against Counterdefendant Virgin
6 Scent, Inc.; and that the action be dismissed on the merits in favor of
7 Plaintiff/Counterdefendant Virgin Scent, Inc.

**IT IS SO ORDERED.**

DATED:  June 30, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE